IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02318-WDM-MEH

WADE A. FRARY,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and
U.S. BANK NATIONAL ASSOCIATION,

     Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2010.**

     In the interests of justice, Plaintiff's Unopposed Motion to Amend Complaint Pursuant to F.R.C.P. 15(a) [filed September 30, 2010; docket # 12] is **granted**. The Clerk of the Court is directed to file the Amended Complaint found at docket #12-1. Defendants shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).