IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 10-cv-02318-WDM-MEH

WADE A. FRARY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and
U.S. BANK NATIONAL ASSOCIATION, a national banking association,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss [Doc. No. 23, filed 1/31/2011] in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). The Motion [23] is GRANTED. Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 1, 2011.

                                                BY THE COURT:

                                               /s/ Walker D. Miller
                                               United States District Judge